IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION , | ) ) | CV 10-00144 SOM-RLP |
| | ) | ORDER ADOPTING MAGISTRATE |
| Plaintiff, | ) ) | JUDGE'S FINDINGS AND RECOMMENDATION |
| vs. | ) ) | |
| PATRICK RAKOTONANAHARY AND CYBER MARKET GROUP, LLC , | ) ) ) ) | |
| Defendants. _____ | ) ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 28, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, October 19, 2011.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge